| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Amanda Lee Weaver Collins** | Social Security number or ITIN **xxx–xx–1124** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Virginia** | | Date case filed for chapter  **7   2/21/20** |
| Case number:  **20–50136** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Amanda Lee Weaver Collins | |
| **2.** | **All other names used in the last 8 years** | fka Amanda Lee Weaver | |
| **3.** | **Address** | 9171 North Congress Street, Apt. DD<br>New Market, VA 22844 | |
| **4.** | **Debtor's attorney**<br>Name and address | H. David Cox<br>Cox Law Group, PLLC<br>900 Lakeside Drive<br>Lynchburg, VA 24501 | Contact phone (434) 845–2600 |
| **5.** | **Bankruptcy trustee**<br>Name and address | W Stephen Scott(80)<br>PO Box 1312<br>Charlottesville, VA 22902 | Contact phone (434) 227–5520 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Amanda Lee Weaver Collins**         Case number **20–50136**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223<br>Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (540) 434–8327<br><br>Date: 2/21/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 20, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>\*\*\* **Valid photo identification required** \*\*\* | Location:<br><br>**Courtroom, Historic, Courthouse, Court St. Entrance, 103 N Main St., Woodstock, VA 22664** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/19/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                            Western District of Virginia
In re:                                                                  Case No. 20-50136-rbc
Amanda Lee Weaver Collins                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-5          User: admin              Page 1 of 1              Date Rcvd: Feb 21, 2020
                              Form ID: 309A            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Amanda Lee Weaver Collins,   9171 North Congress Street, Apt. DD,   New Market, VA 22844-9410
tr             +W Stephen Scott(80),   PO Box 1312,   Charlottesville, VA 22902-1312
4876749        +Chadwick Washington Moriatry,   c/o Sky Bryce Assoc.,   201 Convourse Blvd. STE 101,
                 Glen Allen, VA 23059-5640
4876751        +Daniel L Zale DDS,   1949 Thomson Drive,   Lynchburg, VA 24501-1030
4876757        +Rockingham Radiologists LTD,   PO Box 371863,   Pittsburgh, PA 15250-7863
4876758        +Shenandoah Valley Medical,   70 Medical Center Circle STE 213,   Fishersville, VA 22939-2273
4876759        +Sky Bryce Association,   201 Concourse Blvd STE 101,   Glen Allen, VA 23059-5640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@coxlawgroup.com Feb 21 2020 22:47:03     H. David Cox,   Cox Law Group, PLLC,
                 900 Lakeside Drive,   Lynchburg, VA  24501
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Feb 21 2020 22:47:16      USTrustee,
                 Office of the United States Trustee,   210 First Street, Suite 505,   Roanoke, VA 24011-1620
4876750        +E-mail/Text: collect@ccsroanoke.com Feb 21 2020 22:47:31     Creditors Collection Service,
                 ATTN: Bankruptcy,   PO Box 21504,   Roanoke, VA 24018-0152
4876752        +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2020 22:47:21
                 Department of Education/Nelnet,   Attn: Claims,   PO Box 82505,   Lincoln, NE 68501-2505
4876753        +EDI: IIC9.COM Feb 22 2020 03:38:00     I.c. System, Inc,   Attn: Bankruptcy,   PO Box 64378,
                 St. Paul, MN 55164-0378
4876754        +EDI: IRS.COM Feb 22 2020 03:38:00     Internal Revenue Service***,   P O Box 7346,
                 Philadelphia, PA 19101-7346
4876755        +EDI: AGFINANCE.COM Feb 22 2020 03:38:00     OneMain Financial,   Attn: Bankruptcy,
                 PO Box 3251,   Evansville, IN 47731-3251
4876756        +E-mail/Text: dee@pendrickcp.com Feb 21 2020 22:47:26     Pendrick Capital Partners,
                 79 Warren Street, Suite 2C,   Glens Falls, NY 12801-4551
4876760        +E-mail/Text: bkr@taxva.com Feb 21 2020 22:47:28     Va Department Of Taxation*,
                 Taxing Authority Consulting Services, PC,   P O Box 2156,   Richmond, VA 23218-2156
4876761        +E-mail/Text: bkrpt21@maxprofitsys.com Feb 21 2020 22:47:18     Valley Credit Service, Inc,
                 Attn: Bankruptcy,   PO Box 2162,   Hagerstown, MD 21742-2162
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```