UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:     AMANDA LEE WEAVER COLLINS         )
                                             )     CHAPTER 7
        DEBTOR.                              )     CASE NO. 20-50136

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **AMANDA LEE WEAVER COLLINS,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed a petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **SHENANDOAH COUNTY GENERAL DISTRICT COURT, 215 MILL ROAD STE. 128, WOODSTOCK, VA 22664,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **SKY BRYCE ASSOCIATION/CHADWICK WASHINGTON MORIARTY ELMORE & BUNN, 201 CONCOURSE BLVD. STE.101, GLEN ALLEN, VA 23059.**

4. The GARNISHEE is: **SHEETZ INC, ATTN: PAYROLL, 5700 SIXTH AVE., ALTOONA, PA 16602;**

5. The creditor is attempting to garnish: **DEBTOR'S WAGES**.

WHEREFORE, your applicant prays that said garnishment be quashed and have such other and further relief as the nature of the case may require.

Date:    February 24, 2020            Respectfully submitted,

                                      By:  /s/ David Cox
                                              Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                  Certificate of Service

I certify on February 24, 2020 I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; the Garnishee: **SHEETZ INC, ATTN: PAYROLL, 5700 SIXTH AVE., ALTOONA, PA 16602;** the Court: **SHENANDOAH COUNTY GENERAL DISTRICT COURT, 215 MILL ROAD STE. 128, WOODSTOCK, VA 22664;** and the Creditor: **SKY BRYCE ASSOCIATION/CHADWICK WASHINGTON MORIARTY ELMORE & BUNN, 201 CONCOURSE BLVD. STE.101, GLEN ALLEN, VA 23059.**

                                      /s/  David Cox
                                       Counsel for Debtor